383 A.2d 925

**COMMONWEALTH of Pennsylvania**

v.

**James E. JACKSON, Jr., Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 17, 1978.

Decided March 23, 1978.

Robert B. Lawler, Michael L. Levy, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Deputy Dist. Atty., for Law.

Eric B. Henson, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION OF THE COURT

PER CURIAM:

On August 3, 1975, James E. Jackson, Jr., appellant, was arrested and charged with murder. Appellant was tried nonjury before the Honorable Alex Bonavitacola and found guilty of voluntary manslaughter. Post-verdict motions were filed and argued on March 10, 1976. The motions were denied and on April 14, 1976, appellant was sentenced to 2½ to 10 years in the state correctional institution at Graterford. Appellant now appeals to this court raising two issues.

First, appellant contends that the Commonwealth failed to prove that he fired the bullet which killed the decedent. Secondly, appellant contends that the evidence established as a matter of law that he was acting in self-defense. We have examined appellant's arguments and find them to be without merit.

Judgment of sentence affirmed.